IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATHRYN MONROE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | CIVIL ACTION NO.: |
| INTERNATIONAL FOLLIES, INC ) | 1:16-cv-02948-CC-JFK |
| d/b/a THE CHEETAH, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kathryn Monroe and Defendant International Follies, Inc. hereby stipulate to the dismissal of the above-captioned action with prejudice, with each party to bear its own costs and attorneys' fees.

 */s/ Andrew Y. Coffman*  　　　　　　 */s/ Andrea L. Pawlak*
Andrew Y. Coffman　　　　　　　　　　Andrea L. Pawlak
Georgia Bar No. 173115　　　　　　　　Georgia Bar No. 142541
acoffman@pcwlawfirm.com　　　　　　a.pawlak@swtwlaw.com

PARKS, CHESIN & WALBERT, P.C.　　SCHULTEN WARD TURNER
75 Fourteenth Street, 26th Floor　　　　　& WEISS, LLP
Atlanta, GA  30309　　　　　　　　　　260 Peachtree Street, NW, Suite 2700
(404) 873-8000　　　　　　　　　　　　Atlanta, Georgia 30303
*Attorneys for Plaintiff*　　　　　　　　404-688-6800
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

# CERTIFICATE OF SERVICE AND
# COMPLIANCE WITH LOCAL RULE 5.1(C)

I hereby certify that on August 1, 2017 I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to such filing to the following attorneys of record:

Donald F. Samuel
dfs@gsllaw.com
Edward T.M. Garland
etg@gsllaw.com
Steven H. Sadow
stevesadow@gmail.com
Amanda R. Clark Palmer
aclark@gsllaw.com
Andrea L. Pawlak
a.pawlak@swtwlaw.com
Dean R. Fuchs
d.fuchs@swtwlaw.com
Kevin W. Burdett
k.burdett@swtwlaw.com
Kevin L. Ward
k.ward@swtwlaw.com

I further certify that the foregoing has been prepared in a Times New Roman 14 point font, one of the font and point selections approved by the Court in Local Rule 5.1(C).

                                                       */s/   Andrew Y. Coffman*
                                                      Andrew Y. Coffman